UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-cr-80026-AMC

UNITED STATES OF AMERICA

vs.

JOSHUA GRAUER,

      **Defendant.**

_____/

### NOTICE REGARDING TYPOGRAPHIC ERROR IN PLEA AGREEMENT AND FACTUAL PROFFER

The government files this notice regarding a typographic error in the plea agreement and factual proffer. The defendant pleaded guilty to Count One of the Indictment, which charges him with Conspiracy to Possess with Intent to Distribute, and Distribute, One Kilogram or more of Heroin, in violation of Title 21, United States Code, Sections 846, 841(a), and (b)(1)(A). *See* Indictment, DE 44. The defendant's factual proffer correctly contains the defendant's admission to the fact that the violation involved one kilogram or more of heroin. *See* factual proffer, DE 156. The plea agreement correctly states the minimum and maximum penalties, including the mandatory minimum of ten years' imprisonment. *See* plea agreement, paragraph 3, DE 156. However, the plea agreement and factual proffer mistakenly cite to Title 21, United States Code, Section 841(b)(1)(B), rather than (b)(1)(A). The undersigned submits that this is a typographic error and proposes that this can be corrected with a colloquy with the defendant at the sentencing hearing, or whatever means the Court deems proper.

                                                  Respectfully submitted,

                                                  JUAN ANTONIO GONZALEZ
                                                  UNITED STATES ATTORNEY

By:   */s/ Marton Gyires*
       MARTON GYIRES
       ASSISTANT UNITED STATES ATTORNEY
       Court Identification No. 5501696
       500 S. Australian Ave., Suite 400
       West Palm Beach, FL 33401
       (561) 820-8711   Office
       Marton.Gyires@usdoj.gov