UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-80026-CANNON

UNITED STATES OF AMERICA,

vs.

JOSHUA GRAUER,

    Defendant.

_____/

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

The United States Drug Enforcement Administration has administratively forfeited items (a) – (e) as listed in Paragraph 9 of the Amended Plea Agreement, ECF No. 198. The United States is not pursuing federal judicial forfeiture of such property.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *WILLIAM T. ZLOCH*
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
United States Attorney's Office
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
Email: William.zloch@usdoj.gov