UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOSHUA GRAUER**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Amended Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 199]. On November 17, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 44] pursuant to an amended written plea agreement and factual proffer statement [ECF No. 198]. Magistrate Judge Reinhart thereafter issued an Amended Report and Recommendation on Change of Plea [ECF No. 199]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Amended Report and Recommendation [ECF No. 199] is **AFFIRMED AND ADOPTED**.

2. The prior Report and Recommendation [ECF No. 162] is **REJECTED** in light of the Amended Report and Recommendation.

CASE NO. 21-80026-CR-CANNON

3. The guilty plea entered into by Defendant Joshua Grauer as to Count One of the Indictment is **ACCEPTED**;

4. Defendant Joshua Grauer is adjudicated guilty of Count One of the Indictment, which charges him with conspiracy to possess with intent to distribute 400 grams or more of fentanyl, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(i). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count 2 against the Defendant at sentencing [ECF No. 198 (amended plea agreement)]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of December 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record