UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cr-80026-AMC

UNITED STATES OF AMERICA

    Plaintiff,
vs.

JOSHUA GRAUER,

    Defendant.
    _____/

## DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE FOR COMPASSIONATE REASON PURSUANT TO 18 U.S.C. § 3622 AND 28 U.S.C. § 994 (a)(2)(f)

The Defendant, JOSHUA GRAUER, by and through his undersigned counsel respectfully requests this Honorable Court to enter an Order granting an emergency temporary release for compassionate reason, pursuant to 18 U.S.C. §3622, and as grounds states:

1. The Defendant pled guilty to one count of Conspiracy to Distribute a Controlled Substance and was sentenced to 120 months in the Bureau of Prisons on December 17, 2021.

2. At the time of the Defendant's sentencing, this Court was made aware that the Defendant's Mother, Theresa Grauer, had Stage 4 lung cancer and her health was deteriorating.

1

3. The Defendant was designated to Miami FCI (Camp), and is currently serving his sentence at that facility.

4. The Defendant's Mother was admitted to Wellington Regional Hospital on March 08, 2022 for treatment for lung cancer and was released to Hospice Care on March 09, 2022.   See attached.

5. The Defendant's Mother is currently home under Hospice care and is not expected to live through the weekend.

6. The Defendant maintains that this Court has the authority to temporarily release a prisoner pursuant to 18 U.S.C. §3622(a)(1), allowing the prisoner to visit with a dying relative.

7. The Defendant is requesting a 10-day temporary release from custody to allow him to visit with his Mother and if necessary, attend her funeral.

8. The undersigned has contacted AUSA Marton Gyires regarding this motion on March 10, 2022, and he has stated that he objects to the Defendant's release.

9. Title 18, Section §3622 is not clear as to whether the Bureau of Prisons has the exclusive authority to release a prisoner or whether the Court also has the authority to direct the Bureau of Prisoner to release a prisoner.   In the alternative, if this Court determines that it does not have the authority to order a temporary release of a prisoner, the Defendant is requesting that this Court make a recommendation to

the Bureau of Prisons to release the Defendant as such release appears to be consistent with the purpose for which the sentence was imposed.

WHEREFORE, Defendant, JOSHUA GRAUER, respectfully requests this Honorable Court to enter an Order temporarily releasing him from custody for 10 days to allow him to visit his dying mother and attend her funeral, or in the alternative to make a recommendation to the Bureau of Prisons that the Defendant be permitted to receive a temporary release for compassionate purposes.

Respectfully submitted,

GLENN H. MITCHELL, ESQ.
The Barristers Building
1615 Forum Place, Suite 4B
West Palm Beach, FL 33401
ghmitchelllaw@aol.com
Pleadings: ghmitchellfiling@aol.com
(561) 478-7777

By: /s/ *Glenn H. Mitchell*
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                       /s/ *Glenn H. Mitchell*
By: _____
                      GLENN H. MITCHELL, ESQ.
                      Florida Bar No. 239267



1901 S. Congress Avenue
Suite 420
Boynton Beach, FL 33426
Tel. 561.364.1479

March 10, 2022

To Whom It May Concern:

Please be advised that Mrs. Theresa Grauer DOB 09/18/1954 is a patient under VITAS Healthcare.

Mrs. Theresa Grauer has been a VITAS hospice patient in the Palm Beach Program since 03/09/2022.

Upon my assessment of the patient above and from the primary nurse, the patient has an estimated life expectancy of 10-12 days.

VITAS Healthcare provides hospice care for terminally ill patients and specializes in Palliative End of Life Care. If any further questions, please feel free to contact VITAS Team 1632.

Thank you,

Dr. John Gardner
Team Physician T-1632
561-733-6365

VITAS.COM



| | PATIENT/REPRESENTATIVE INFORMED CONSENT |
|---|---|

**FLORIDA**

### *PATIENT ACKNOWLEDGEMENT*

I understand hospice care is palliative, not curative, in its goals and techniques, and that the program emphasizes controlling physical symptoms, and meeting the emotional and spiritual needs of the patient and family in dealing with the life-limiting illness for which I am being admitted.

### *PLAN OF CARE SERVICES*

**Routine Home Care.** I understand that hospice services are delivered primarily in the home by a team of hospice professionals, staff, and volunteers. A written plan of care will be established to include an assessment of the patient/family's needs and the scope and frequency of the services needed for the palliation and management of the terminal illness and related conditions. These services are available both on a scheduled basis and as needed. These services may include: nursing, physician care, social work, pastoral or other counseling, physical therapy, occupational therapy, speech-language pathology, home health aide/homemaker services, medical supplies, medications and biologicals.

**General Inpatient Care/Inpatient Respite Care.** I understand that inpatient hospice care is provided in an inpatient bed when it is deemed necessary by the interdisciplinary team. I understand that general inpatient care is intended for short-term stays required for pain control or acute or chronic symptom management.

I understand that inpatient respite care may be provided for short periods when deemed necessary for the patient's family or primary caregiver while the patient receives hospice care in an inpatient bed.

**Continuous Home Care.** I understand that continuous care may be provided during periods of crisis in a patient's home when it is deemed necessary by the interdisciplinary team. I understand that continuous care is intended for short-term periods to manage acute medical symptoms with the goal of stabilizing the patient.

**Resuscitation.** I understand that Cardiopulmonary Resuscitation (CPR) is not consistent with the goals of palliative care and it is not routinely provided to hospice patients by VITAS staff. I also understand that admission to the hospice program will not be denied if I desire CPR.

### *RELEASE OF PATIENT RECORDS*

I understand that VITAS may need to obtain my medical records and related information from healthcare providers, insurance companies, or other third parties in order to assure continuity of care and proper reimbursement. Accordingly, I authorize these third parties to release to VITAS all such medical records and related information. A photocopy of this authorization shall be as valid as the original.

I also authorize VITAS to release medical records and related information to others (including regulatory and accrediting agencies) in order to administer and manage my healthcare, or process and obtain payment for services and supplies rendered to me.

I further authorize VITAS to utilize the information in my medical record for conducting clinical and healthcare services research. I understand that information used for research will be rendered anonymous so that I cannot be identified in any of the records used for research.

I understand and agree that these authorizations specifically include my permission and consent to release any information regarding a diagnosis of AIDS or results of Human Immunodeficiency Virus (HIV) tests to the extent permitted by law.

**VITAS** Healthcare SINCE 1980

**PATIENT/REPRESENTATIVE INFORMED CONSENT**

**FLORIDA**

***RECEIPT OF INFORMATION***

**I acknowledge receipt of the following information which has been explained to me.**
- Patient's Rights and Responsibilities
- VITAS' Notice of Privacy Practices
- Information Regarding Advanced Directives
- Health Tips/Home Safety Tips
- Choices admission booklet
- Medication *WINK*

I have been given the opportunity to ask any and all questions I have about hospice care and my questions have been answered to my satisfaction. On this date, I agree and elect to start hospice services.

I understand that hospice care will begin once the physician certifies, admission orders are received, and the patient named below arrives at the location where care will be provided.

| Theresa A Grauer | Theresa Grauer | Self |
|---|---|---|
| **NAME OF PATIENT (PRINT)** | **LEGAL REPRESENTATIVE (PRINT)** | **RELATIONSHIP** |
| *Theresa A Grauer* (signature) | | 03/09/2022 |
| **SIGNATURE OF PATIENT OR LEGAL REPRESENTATIVE** | | **DATE** |
| Jeanny Saint Fleur / 109069 | 03/09/2022 | 03/09/2022 |
| **VITAS REPRESENTATIVE NAME (PRINT)** | **SIGNATURE** | **DATE** |

**For Staff Use Only**

| VITAS Healthcare Corporation of Florida | 50862424 | |
|---|---|---|
| **VITAS LOCATION** | **MEDICAL RECORD # (optional)** | **TRANSLATED BY** |
| Page 2 of 2 | White copy – VITAS   Yellow copy – Patient   Pink Copy – Nursing Home | Item #142111FL rev 5/15 |

| | | Symptom <Specify> | For/with/by | Goal (0-10) |
|---|---|---|---|---|
| Manage | | End of Life General Needs  Cough, Pain | ☑ Patient  ☑ CG< Jolene/Daughter  ☐ Facility Staff | 0* |

Interventions performed at each visit unless otherwise specified in the action

| Discipline(s) | Interventions | | | End Date |
|---|---|---|---|---|
| | Will Do | What Action <Specify> | To Whom | |
| ☑N ☐SW  ☐FS ☐CH  ☐: | Instruct | To notify VITAS of any change in condition | ☑ For/with/by Patient  ☑ For/with/by CG< Daughter  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Instruct | Medication <drug interactions/treatment indications, use and side effects> | ☑ For/with/by Patient  ☑ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Ensure | Safety measures <ability to safely administer medications or biologicals as ordered> | ☑ For/with/by Patient  ☐ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Provide  Instruct | Medications <WINK About Medications> | ☑ For/with/by Patient  ☑ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☑N ☐SW  ☐FS ☐CH  ☐: | Provide  Instruct | Medications <WINK About Medication Disposal> | ☑ For/with/by Patient  ☑ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Provide | HME on Admission (update on POC Revision/Physician Order)  ☐ Bath Chair ☐ Bed ☐ Commode ☐ Mattress ☐ Oxygen  ☐ Wheelchair ☐ Over Bed Table ☐ Other | ☑ For/with/by Patient  ☑ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Instruct  Demonstrate | HME <safe and proper use> | ☑ For/with/by Patient  ☑ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Ensure | Safety measures <return demonstration of appropriate HME use> | ☐ For/with/by Patient  ☐ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |
| ☐N ☐SW  ☑FS ☐CH  ☐: | Provide | Services to adequately address symptoms/concerns: See Admission orders or Addendum Initial General POC Frequency Grid for planned visit frequency | ☐ For/with/by Patient Jolene  ☐ For/with/by CG<  ☐ For/with/by Facility Staff | |
| ☐N ☐SW  ☐FS ☐CH  ☐: | | | ☐ For/with/by Patient  ☐ For/with/by CG< >  ☐ For/with/by Facility Staff | |
| ☐N ☐SW  ☐FS ☐CH  ☐: | | | ☐ For/with/by Patient  ☐ For/with/by CG< >  ☐ For/with/by Facility Staff | |

**Outcome:** Pt will be free of infection    ☐ Relates to facility CAA #

| | Verb | Symptom <Specify> | For/with/by | Goal (0-10) |
|---|---|---|---|---|
| | Maintain | Infection Control Measures | ☐ Patient  ☐ CG< Jolene >  ☐ Facility Staff | 0* |

Interventions performed at each visit unless otherwise specified in the action

| Discipline(s) | Interventions | | | End Date |
|---|---|---|---|---|
| | Will Do | What Action <Specify> | To Whom | |
| ☐N ☑SW  ☐FS ☐CH  ☐: | Utilize | Safety Measures <Universal Precautions, PPE> | ☑ For/with/by Patient Jolene  ☐ For/with/by CG<  ☐ For/with/by Facility Staff | |
| ☑N  ☐: | Instruct | Safety Measures <Universal Precautions, PPE> | ☐ For/with/by Patient  ☐ For/with/by CG< Jolene  ☐ For/with/by Facility Staff | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Level of Care | ☐ Routine Home Care ☐ General Inpatient Care | | ☐ Routine Home Care Nursing Home ☐ Continuous Care | | ☐ Respite Care Reason: | |
| Frequency | Hospice: nurse, social worker, chaplain, aide, and volunteer to visit PRN (as often as needed) to provide care within the scope of their practice, under the direction of the hospice plan of care | | | | | |
| | Initial Weekly Staff Frequency: | Nurse | SW | Chap | HA Volunteer | Other |
| | Continuous Care Shift Care | | | hrs/day Nurse / HA | | |
| Level of Activity | ☒ As tolerated ☐ Independent ☐ OOB with assistance ☐ Complete bed rest | | | | | |
| Diet | ☐ Regular as tolerated ☐ NPO ☐ Fluid Restricted ☐ Renal ☐ ADA ☐ Tube: Other: | | | | | |
| Diet Consistency | ☒ Pt's choice ☐ Regular ☐ Thick liquids ☐ Puree ☐ Chopped / Mechanical soft | | | | | |
| Resuscitation | CPR is not consistent with the goals of palliative care and is not routinely provided to hospice patients by VITAS staff. ☐ Do Not Resuscitate | | | | | |

### Diagnosis
P=Primary Diagnosis. R=Related Diagnosis. U=Unrelated Diagnosis

| Dx # | Diagnosis Description | ICD Code | Type | Dx # | Diagnosis Description | ICD Code | Type |
|---|---|---|---|---|---|---|---|
| 1 | Lung Cancer | C34.90 | P | 7 | | | |
| 2 | Liver Cancer | C?.? | R | 8 | | | |
| 3 | Brain Cancer | C79.31 | R | 9 | | | |
| 4 | Bone | C79.51 | R | 10 | | | |
| 5 | Anemia | D13.8 | U | 11 | | | |
| 6 | Metastant Neoplasm of Lymph | C77.9 | R | 12 | | | |

COVERAGE: R=Related; H/C=Related, Not Palliative-Not Covered-Harmful/Contraindicated; NE=Related, Not Palliative- Not covered-Not Effective; NR=Not Related

☒ See Electronic Medication Orders

| HME/Supplies/Other Orders | | Height: | Weight: | R | H/C | NE | NR |
|---|---|---|---|---|---|---|---|
| Respiratory | ☐ Concentrator ☐ Cylinder ☐ Nebulizer ☐ Resp. Suction ☐ Bi-Pap ☐ High Flow Therapy | | | X | NA | NA | NA |
| Bed | ☐ Hospital Bed ☐ Full Rails ☐ Half Rails ☐ Overbed Table | | | X | NA | NA | NA |
| Ambulatory | ☐ Wheelchair ☐ Walker ☐ Cane ☐ Commode ☐ Bath Chair | | | X | NA | NA | NA |

Oxygen 2L via NC as needed for SOB

Interval of plan of care renewal and care plan update: at least biweekly

Attending/Hospice Physician Authorization: Based on my clinical expertise, I certify that this patient has a terminal diagnosis for which palliative care is considered appropriate and that the patient has a life expectancy of 6 months or less if the illness runs its normal course. I admit this patient to VITAS and approve the plan of care as discussed. I understand the hospice program, the role of the hospice physician, and my role as Attending Physician. I completed a review of the risks, benefits, and alternatives of this new medication in relationship to all other relevant prescriptions and over-the-counter drugs, herbal remedies and other alternative treatments known to me at this time, that could affect drug therapy including, but not limited to, effectiveness of drug therapy, drug side effects, actual or potential drug interactions, duplicate drug therapy and drug therapy currently associated with laboratory monitoring. Unless otherwise stated, in accordance with the patient's goals of care, the benefits outweigh the risk, and at this point in time there are no significant adverse events, duplicate or ineffective therapy, potential contraindications or medications requiring laboratory monitoring identified.

Order Type: ☒ Verbal ☐ Written ☐ Order read back to the physician

Order of: _____  Received by: Janice Gordon   Signature: _____  Date: 3/9/2022
Print Prescriber name                          Print Name                                              

Prescriber Signature: _____  Date: _____

If applicable: Reviewed with: _____ by _____