UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cr-80026-AMC

UNITED STATES OF AMERICA

    Plaintiff,
vs.

JOSHUA GRAUER,

    Defendant.
_____/

**DEFENDANT'S JOINT MOTION TO AMEND JUDGMENT**

The Defendant, JOSHUA GRAUER, by and through his undersigned counsel respectfully requests this Honorable Court to enter an Order Amending the Judgment entered by this Court on December 20, 2021, and as grounds states:

1. The Defendant pled guilty to one count of Conspiracy to Distribute a Controlled Substance, and he was sentenced to 120 months in the BOP on December 17, 2021.

2. That on April 29, 2021, the Defendant was sentenced, in Case# 9:10-cr-80156-DMM, to Fifteen (15) months in the BOP for the Supervised Release Violation.

3. That at the time of the Defendant's sentencing hearing on December 17, 2021, this Court announced on the record that the 120 month sentence imposed in the above styled cause was to run concurrent to the undischarged term of imprisonment in Case # 9:10-cr-80156-DMM.

4. The Judgment that was entered on December 20, 2021, does not reflect the Courts intention to run the sentence imposed in this case concurrent with the sentence imposed in Case # 9:10-cr-80156-DMM.

5. The BOP is treating these sentences as consecutive.

6. Undersigned office has contacted the Defendant's classification officer who has informed them that the only way to correct this sentencing issue is to enter an Amended Judgment reflecting that the sentence imposed in this case is to run concurrent to the sentence imposed in case # 9:10-cr-80156-DMM.

7. The undersigned has contacted AUSA Marton Gyires regarding this motion, and he has stated that he has no objection to the Court entering an Amended Judgment in this case to reflect that the sentences are concurrent.

WHEREFORE, Defendant, JOSHUA GRAUER, respectfully requests this Honorable Court to enter an Amended Judgment reflecting that the sentence imposed in this case on December 17, 2021 in Case # 9:21-cr-80026-AMC, is to run concurrent with the sentence imposed on April 29, 2021 for Case # 9:10-cr-80156-DMM.

Respectfully submitted,
GLENN H. MITCHELL, ESQ.
The Barristers Building
1615 Forum Place, Suite 4B
West Palm Beach, FL 33401
ghmitchelllaw@aol.com
Pleadings: ghmitchellfiling@aol.com
(561) 478-7777

By: */s/ Glenn H. Mitchell*
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Glenn H. Mitchell*
GLENN H. MITCHELL, ESQ.
Florida Bar No. 239267