UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80026-CR-CANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**JOSHUA GRAUER,**

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO AMEND JUDGMENT

**THIS CAUSE** comes before the Court on Defendant's Joint Motion to Amend Judgment [ECF No. 237]. Defendant correctly notes that the term of imprisonment imposed in open court on December 17, 2021 (120 months) was to run concurrent to the sentence imposed upon revocation of supervised release in Case No. 10-80156-CR-DMM.

After a review of the record, the Court agrees with Defendant that there is a clerical error in the Judgment. As the Eleventh Circuit has explained, "[w]here there is a discrepancy between the orally imposed sentence and the written order of judgment and committal, the oral sentence controls." *United States v. Khoury*, 901 F.2d 975, 977 (11th Cir. 1990).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Amend Judgment [ECF No. 237] is **GRANTED**.

2. The Court will enter an Amended Judgment via separate order to reflect the correction.

3. All other aspects of the Judgment issued on December 17, 2021, remain unchanged [ECF No. 212].

CASE NO. 21-80026-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of June 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record